

## Service of Process Transmittal
07/23/2018
CT Log Number 533741234

| | |
|---|---|
| **TO:** | T.J. England<br>C.R. England, Inc.<br>4701 W 2100 S<br>Salt Lake City, UT 84120-1223 |
| **RE:** | **Process Served in Utah** |
| **FOR:** | C.R. England, Inc.  (Domestic State: UT) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LINDA MANIERI, Pltf. vs. C.R. ENGLAND, INC. and ACEVES ANTHONY, Dfts. |
| **DOCUMENT(S) SERVED:** | Letter, Citation, Petition |
| **COURT/AGENCY:** | 21ST JUDICIAL DISTRICT COURT - THE PARISH OF TANGIPAHOA, LA<br>Case # 20180002224 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 07/23/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Midvale, UT |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 07/23/2018 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Utah |
| **APPEARANCE OR ANSWER DUE:** | Within the 30 days from the receipt of this Notice |
| **ATTORNEY(S) / SENDER(S):** | Timothy R. Richardson<br>RICHARDSON LAW GROUP, LLC<br>P.O. Box 310<br>Madisonville, LA 70447<br>985-302-3022 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/24/2018, Expected Purge Date: 07/29/2018<br><br>Image SOP<br><br>Email Notification,  Alisa Buchanan  alisa.buchanan@crengland.com<br><br>Email Notification,  T.J. England  Tj.england@crengland.com<br><br>Email Notification,  Stephen Calvert  Stephen.calvert@crengland.com<br><br>Email Notification,  Tyler Hayes  Tyler.hayes@crengland.com<br><br>Email Notification,  Kelly Lowrey  kelly.lowrey@crengland.com<br><br>Email Notification,  Leslie Bullard  Leslie.bullard@crengland.com<br><br>Email Notification,  Sandy Leatherbury  sandy.leatherbury@crengland.com |
| **SIGNED:** | C T Corporation System |

Page 1 of  2 / NK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT "A"



| | | |
|---|---|---|
| **TO:** | T.J. England<br>C.R. England, Inc.<br>4701 W 2100 S<br>Salt Lake City, UT 84120-1223 | **Service of Process Transmittal**<br>07/23/2018<br>CT Log Number 533741234 |
| **RE:** | Process Served in Utah | |
| **FOR:** | C.R. England, Inc.  (Domestic State: UT) | |

| | |
|---|---|
| **ADDRESS:** | 1108 East South Union Avenue<br>Midvale, UT 84047 |
| **TELEPHONE:** | 212-590-9070 |

Page 2 of  2 / NK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

P.O. Box 310
Madisonville, LA 70447

**CERTIFIED MAIL**

7017 2680 0000 3610 4577

$6.88
US POSTAGE
FIRST-CLASS
071S01144031
70433

C R England, Inc.
C/o CT Corporation System
1108 E. South Union Avenue
Midvale, UT 84047

# RICHARDSON LAW GROUP, LLC

P.O. BOX 310
MADISONVILLE, LOUISIANA 70447

TIMOTHY R. RICHARDSON

TELEPHONE: (985) 302-3022
FACSIMILE: (985) 898-0483

Tim@rlgroup-com.com

July 19, 2018

**Via Certified Mail – RRR**
C R England, Inc.
c/o CT Corporation System
1108 E. South Union Avenue
Midvale, UT   84047

        Re:    **Linda Manieri vs.**
                **CR England Inc., et al**
                **2018-0002224, Division "A"**

Dear Sir/Madam:

    You have been sued.  As counsel for plaintiff in this matter, Linda Manieri, I am serving you with a copy of the Original Petition for Damages via Certified Mail pursuant to Louisiana's Long Arm Statute.  Please answer the Petition within the delays allowed by law or a default judgment will be entered against you.  Please respond to this suit within the 30 days from the receipt of this notice.

    If you have any questions or comments, please feel free to contact my office.

    With kind regards, we remain

                                          Very truly yours,

                                          Timothy R. Richardson

TRR/sgp
Enclosure

# CITATION – LONG ARM

**LINDA MANIERI**

Versus

**C R ENGLAND INC, ET AL**



Case: 2018-0002224
Division: A
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

TFW

To:  C R ENGLAND INC
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEM
1108 E. SOUTH UNION AVENUE
MIDVALE, UT 84047

Parish of

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-first Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within 30 days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" hereof, under penalty of default.

This service was ordered by attorney TIMOTHY R. RICHARDSON and was issued by the Clerk of Court on July 13, 2018.

<u>Pleading Served</u>
PETITION FOR DAMAGES

_____
Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

---

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service     $_____

Mileage    $_____           By: _____
                                     Deputy Sheriff
Total       $_____

[ SERVICE ]

**21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA**

**STATE OF LOUISIANA**

NUMBER: 2018-0002224                              DIVISION:

**LINDA MANIERI**

**VS.**

**C.R. ENGLAND, INC. AND ACEVES ANTHONY**

FILED: _____JUL 1 2 2018_____   _____s/TAMMY WREN_____

**DEPUTY CLERK**

## PETITION FOR DAMAGES

1.

Made petitioner herein is LINDA MANIERI (MANIERI), a person of the full age of majority and domiciled in the Parish of Tangipahoa, State of Louisiana.

2.

Made defendant herein is C. R. ENGLAND, INC. (C.R. ENGLAND), a foreign corporation and self-insured entity that is authorized to do business and doing business in the Parish of Tangipahoa, State of Louisiana.

3.

Made defendant herein is ACEVES ANTHONY (ANTHONY), a person of the full age of majority domiciled in the County of Bexar, State of Texas.

4.

Venue is proper in this jurisdiction because the incident giving rise to this litigation occurred in the Parish of Tangipahoa.

5.

The defendants, C. R. ENGLAND and ANTHONY, are liable unto your petitioners jointly, severally and in solido for the following reasons to-wit:

6.

On July 23, 2017, MANIERI was traveling on Southwest Railroad Avenue in the southbound traffic circle in the left travel lane in the Parish of Tangipahoa, State of Louisiana.

7.

ANTHONY was also traveling on Southwest Railroad Avenue in the southbound traffic circle in the right traffic lane in the Parish of Tangipahoa, State of Louisiana.

8.

Suddenly and without warning, ANTHONY entered the right travel lane in which MANIERI was traveling, thus striking the passenger side of the MANIERI vehicle.

9.

MANIERI avers that the defendant, ANTHONY, was under a legal duty to operate his vehicle in a safe and prudent manner, including, but not limited to, to avoid striking the vehicle driven by MANIERI. This legal duty was designed to protect the Petitioner and those similarly situated from this type of harm arising in this manner.

10.

MANIERI further represents that the defendant, ANTHONY, breached his legal duty which such breach was a legal cause and cause in fact of the injuries sustained by MANIERI and further, a sole and proximate cause of MANIERI's damages without any comparative negligence on the part of your Petitioner.

11.

ANTHONY committed the following, non-exclusive acts of negligence to-wit:

A. Failing to maintain control of his vehicle and/or failing to properly legally operate his vehicle;

B. Operating his vehicle in a careless manner;

  C. Failing to stop his vehicle as required by law;

  D. Driving at an excessive speed under the circumstances which prevented the defendant from causing a collision;

  E. Failing to maintain a safe and proper look-out;

  F. Failing to see what he should have seen;

  G. Failing to observe the vehicles in front of him, MANIERI;

  H. Failing to exercise vigilance;

  I. Following to closely;

  J. Failing to obey the traffic laws of the Parish of Tangipahoa and/or the State of Louisiana;

  K. Any and all other non-exclusive acts of negligence which are inherent in these pleadings; or which may appear through discovery in this case, or which may be proven at trial in derogation of the laws of the State of Louisiana and the United States.

12.

At all material times hereto, the defendant, ANTHONY, was in the course and scope of his employment with C. R. ENGLAND. Plaintiff specifically pleads the theory of respondeat superior and vicarious liability which renders C.R. ENGLAND responsible for the actions and inactions of ANTHONY.

13.

At all material times hereto, on information and belief, the defendant, C. R. ENGLAND, is qualified as a self-insured entity pursuant to the Federal Motor Carrier Safety Administration.

14.

As a result of the foregoing, your Petitioner, MANIERI, has been caused to sustain the following damages, particularly, but non-exclusively described as follows:

  A. Past, present and future physical pain and suffering  Reasonable

| | | |
|---|---|---|
| B. | Past, present and future mental anguish and anxiety | Reasonable |
| C. | Past present and future medical and rehabilitation expenses | Reasonable |
| D. | Loss of Enjoyment of life | Reasonable |
| E. | Property Damage | Reasonable |
| | Total | Reasonable |

15.

WHEREFORE, petitioner, LINDA MANIERI, prays that:

A. The defendants herein, C. R. ENGLAND, INC. and ACEVES ANTHONY be duly cited and served with a copy of this Petition and be required to answer same in accordance with the law;

B. After due delays and proceedings had, there be judgment herein in favor of petitioner, LINDA MANIERI, and against defendants, C. R. ENGLAND, INC. and ACEVES ANTHONY, jointly, severally and in solido for any and all damages necessary and appropriate in the premises along with judicial interest from the date of judicial demand and all costs of these proceedings; and

C. For all general and equitable relief.

Respectfully submitted:

RICHARDSON LAW GROUP, LLC

TIMOTHY R. RICHARDSON (#27625)
P.O. Box 310
Madisonville, Louisiana 70447
Telephone: (985) 302-3022
Facsimile: (985) 898-0483
Attorney for Petitioners

Physical Address:
422 E. Lockwood, 2nd Floor
Covington, Louisiana 70433

**PLEASE SERVE:**

1.     C. R. ENGLAND, INC.                   **(VIA LOUISIANA LONG ARM STATUTE)**
   Through its agent for service of process,
   CT Corporation System
   1108 E. South Union Avenue
   Midvale, UT 84047

2.     Aceves Anthony                          **(VIA LOUISIANA LONG ARM STATUTE)**
   9603 Powhatan, Apt. K1
   San Antonio, Texas 78230

s/Debi McCoy

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

DOCKET NO.: 2018-2224  DIVISION: A

LINDA MANIERI

VERSUS

C.R. ENGLAND, INC. and ACEVES ANTHONY

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes C.R. ENGLAND, INC. made defendant herein, who responds to the Petition for Damages as follows:

1.

The allegations contained within paragraph 1 are denied for lack of sufficient information.

2.

The allegations contained within paragraph 2 are admitted relative to the status of C.R. England, Inc. All other allegations contained within paragraph 2 are denied.

3.

The allegations contained within paragraph 3 are denied for lack of sufficient information.

4.

The allegations contained within paragraph 4 are denied for lack of sufficient information.

5.

The allegations contained within paragraph 5 are denied.

6.

The allegations contained within paragraph 6 are denied for lack of sufficient information.

7.

C.R. England, Inc. admits that on July 23, 2017 Aceves Anthony was operating a tractor trailer on Southwest Railroad Avenue in the right traffic lane in the Parish of Tangipahoa, State of Louisiana. All other allegations contained within paragraph 7 are denied.

8.

The allegations contained within paragraph 8 are denied

9.

The allegations contained within paragraph 9 call for a legal conclusion. To the extent an answer is required, said allegations are denied for lack of sufficient information.

10.

The allegations contained within paragraph 10 are denied.

11.

The allegations contained within paragraph 11 are denied.

12.

This defendants admit that Aceves Anthony was working for C.R. England, Inc. at the time of the accident sued upon. All other allegations contained within paragraph 12 are denied.

13.

The allegations contained within paragraph 13 are admitted.

14.

The allegations contained within paragraph 14 are denied.

15.

The allegations contained within paragraph 15 are denied.

16.

If it is shown that plaintiff, Linda Manieri, failed to mitigate her damages, then this defendant pleads same as a bar and/or reduction to her recovery.

17.

If it is shown that Linda Manieri failed to maintain mandatory automobile liability insurance as required by Louisiana law, then this defendant is entitled to a credit pursuant to said law.

18.

This defendant affirmatively asserts and alleges that the accident made the basis of the instant litigation was caused by the sole and/or partial fault of Linda Manieri in failing to operate her vehicle in a safe and prudent manner, failing to see what she should have seen, inattentiveness, creating a hazardous condition, causing an accident, and any and all other acts of negligence all of which will be proven at the trial of this matter and act to reduce and/or bar her recovery.

15.

Defendant herein prays for and is entitled to a trial by jury.

WHEREFORE, the above premises considered, defendant, C.R. ENGLAND, INC. prays that its Answer be deemed good and sufficient and that after the lapse of all legal delays and due proceedings be held herein, there be judgment herein in favor of the defendant, C.R. ENGLAND, INC. and against the plaintiff, dismissing her demands with prejudice at plaintiff's costs.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

MATTHEW W. BAILEY (#21459)
SHANNON M. JAECKEL (#37738)
400 Convention Street, Suite 1001
Baton Rouge, Louisiana 70802
Telephone: (225) 615-7150
Facsimile: (504) 310-2101

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by either e-mail, facsimile, or mailing the same to each by First Class United States Mail, properly addressed and postage prepaid on this 21st day of Aug., 2018.

Matthew W. Bailey

3

s/Debi McCoy

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

DOCKET NO.: 2018-2224  DIVISION: A

LINDA MANIERI

VERSUS

C.R. ENGLAND, INC. and ACEVES ANTHONY

## REQUEST FOR NOTICE

Dear Sir:

In accordance with LSA-C.C.P. Article 1572, you are requested to give us notice by mail ten days in advance of the date fixed for trial or hearing of this case, whether on exception, motions, rules or the merits.

We also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by LSA-C.C.P. Articles 1913 and 1914, including notice of judgment in the event this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial.

We ask that you file this letter in the record with our pleadings as formal notice of the above requests.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

_____
MATTHEW W. BAILEY (#21459)
SHANNON M. JAECKEL (#37738)
400 Convention Street, Suite 1001
Baton Rouge, Louisiana 70802
Telephone: (225) 615-7150
Facsimile: (504) 310-2101

4